PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** James Allen

**Docket Number:** 01-00097-001
**PACTS Number:** 25771

**Name of Sentencing Judicial Officer:** Honorable Joseph A. Greenaway, Jr.
United States District Judge

**Date of Original Sentence:** 06/18/2007

**Original Offense:** Possession with Intent to Distribute Crack Cocaine 21 U.S.C. 841

**Original Sentence:** 57 months imprisonment; 5 years supervised release.

**Type of Supervision:** supervised release         **Date Supervision Commenced:** 7/13/07

**Assistant U.S. Attorney:** Robert Holmsen, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Anil Arora, 886 Belmont Ave. North Haledon, New Jersey 07508 (973) 427-5549

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.** <br><br> The offender was arrested on September 11, 2008 in Paterson and charged with Possession of CDS, Possession with Intent to Distribute Heroin/Cocaine, Possession with 500 feet of Public Housing, and CDS on School Property. He was arrested again on December 23, 2008 and charged with Possession of CDS, Distribute Heroin/Cocaine, and CDS on School Property. In October 2009, he pled guilty to two counts of Possession with Intent to Distribute and is awaiting sentencing. |

PROB 12C - Page 2
James Allen

I declare under penalty of perjury that the foregoing is true and correct.

By: Erika M. Arnone
U.S. Probation Officer
Date: 4/1/10

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: 6/15/10
[ ] No Action
[ ] Other

The Defendant shall appear before Judge Hochberg for a violation hearing on Tuesday, June 15, 2010 @ 1:30 P.M. Prior to this hearing, the Defendant shall appear before a Magistrate Judge for appointment of counsel, if necessary. SO ORDERED.

Signature of Judicial Officer

5/13/2010
Date